JANUARY 7, 1952.

No. 464.   UNITED AIR LINES, INC. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA; and

No. 465.   WESTERN AIR LINES, INC. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA.
*Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for the want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE BURTON are of the opinion probable jurisdiction should be noted. *Oscar A. Trippet* and *Paul M. Godehn* for appellant in No. 464. *Hugh W. Darling* for appellant in No. 465. *Everett C. McKeage* for appellee.

No. 453.   FIELD *v.* UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed on motion of counsel for petitioner. *Victor Rabinowitz* for petitioner.

No. 384.   INTER-CITY ADVERTISING CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 4th Cir.   Certiorari denied. *Whiteford S. Blakeney* for petitioners. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Frederick U. Reel* for respondent.

No. 405.   BARBEE *v.* CAPITAL AIRLINES, INC.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. *Solicitor General Perlman* for petitioner. *Charles H. Murchison* for respondent.